IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                         Case No. 3:19 CR 490

                    Plaintiff,          <u>ORDER</u>

    -vs-                                              JUDGE JACK ZOUHARY

William Bauer,

                    Defendant.

    This Court held a Status Hearing on December 16, 2019. Appearances: Defendant present with counsel John Gibbons and Orville Stifel; Ava Dustin for the Government. (Court Reporter: Stacey Kiprotich).

    Pending before this Court are various motions. Defendant's Motion for Extension of Time (Doc. 24) is granted in part. Defendant's Motion for the Production of "Giglio" Evidence (Doc. 25) and Defendant's Request to the Government for Advanced Reasonable Notice (Doc. 26) are both denied as moot. The Government has provided Defendant with what it has and indicates it will supplement as necessary.

    Defendant has also filed a Motion to Amend Conditions of Pretrial Release (Doc. 27). Defendant shall provide Pretrial Services and the Government with three (3) names of proposed custodians. The Government shall respond by **January 16, 2020**. This Court will obtain the transcript of the initial Bond Hearing and the Initial Pretrial Services Report. This Court will file under seal, for attorney eyes only, the Initial Pretrial Services Report.

Counsel may file under seal any documents containing patient names, dates of birth, social security numbers, and other personal identifiers.

This Court advised Defendant on how to handle referral requests from prior patients, as well as public comments.

Defendant shall file a Motion for Issuance of Rule 17 Subpoenas with the proposed subpoenas attached. Records obtained shall be shared with all counsel.

This Court sets a Firm Plea Deadline for **Tuesday, June 9, 2020 at 11:00 AM**. No plea agreement will be accepted after this date without good cause shown. If no guilty plea is entered at this hearing, a firm trial date will be set. Any motions should be filed sufficiently ahead of this deadline.

This Court finds that the time period until June 9, 2020 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1), as noted on the record. See Transcript for details.

IT IS SO ORDERED.

                                                 s/ *Jack Zouhary*
                                                 JACK ZOUHARY
                                                 U. S. DISTRICT JUDGE

                                                 December 16, 2019