IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-cr-00490 |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM R. BAUER, | ) | **DEFENDANT WILLIAM R. BAUER'S MOTION FOR DISCLOSURE OF TRANSCRIPT OF PROCEEDING OF FIRST APPEARANCE** |
| Defendant, | ) | |
| | ) | |
| | ) | (ORAL HEARING REQUESTED) |

Now comes the Defendant, William R. Bauer, by his Attorney, John B. Gibbons, who respectfully moves this Honorable District Court, to enter an order providing Counsel with a copy of the transcripts, of the in-court proceeding of August 21, 2019.

Arguments in favor of said motion are contained in the attached brief.

Respectfully submitted,

/s/John B. Gibbons
John B. Gibbons #0027294
Attorney for Defendant, William R. Bauer
55 Public Square, Suite 2100
Cleveland, Ohio 44113
(216) 363-6086; fax (216) 363-6075
Email: jgibbons4@sbcglobal.net

CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/John B. Gibbons
    John B. Gibbons #0027294
    Attorney for Defendant, William R. Bauer

Brief in Support of Motion

On August 21, 2019, the Defendant appeared before Magistrate Judge James Knepp for purposes of Arraignment on the Indictment and the setting of a bond and finally the setting of terms and conditions of release.

The undersigned Attorney was not present at the initial appearance wherein the Magistrate Judge engaged in an extended discussion on the record with the Defendant and his then Attorney, Edward Rhode, relative to an explanation of the precise terms and condition of release. Obviously, the undersigned Attorney has access to the written "order setting condition of release" and "additional condition of release."

It was the understanding of Counsel at the last court appearance, that the District Court planned to have a copy of the hearing transcript made available to Defense Counsel and the Prosecuting Attorney in order to address the issues surrounding the Defendant's Motion to Modify the terms and conditions of Pretrial Release which is pending before the Court.

It is necessary for Defense Counsel to study the transcript of that in-court proceeding before the Magistrate Judge wherein specific verbal directions were delivered to the Defendant.

In order to meet and defend against the allegations contained in the recently filed Motion to Revoke Bond which the Government now seeks to pursue. Defense Counsel moves this District Court to provide the written transcription of that in-court proceeding to court for all of the Parties.

Respectfully submitted,

/s/John B. Gibbons
John B. Gibbons #0027294
Attorney for Defendant, William R. Bauer
55 Public Square, Suite 2100
Cleveland, Ohio 44113
(216) 363-6086; fax (216) 363-6075
Email: jgibbons4@sbcglobal.net